```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 15391
   NATHAN E WIDLOE
   SUSIE A WIDLOE                            CHAPTER 13

                                             JUDGE: BRUCE W BLACK
          Debtor
   SSN XXX-XX-2849    SSN XXX-XX-8051
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/22/06 and confirmed on 03/02/07.

   2.  The case was dismissed after confirmation, 05/16/2008.

   3.  The Debtor paid a total of $   9573.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FORD MOTOR CREDIT CO | SECURED VEHIC | 4015.98 | 84.90 | 4015.98 |
| ILLINOIS DEPT REVENUE | PRIORITY | 1112.99 | .00 | 282.71 |
| INTERNAL REVENUE SERVICE | PRIORITY | 9165.12 | .00 | 2328.00 |
| PENN CREDIT CORP | PRIORITY | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 637.55 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 694.25 | .00 | .00 |
| CAVALRY SPV II LLC | UNSECURED | 1071.41 | .00 | .00 |
| CDA PONTIAC | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 10408.28 | .00 | .00 |
| COMPUTER CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 5619.30 | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 403.22 | .00 | .00 |
| FRANK MONTGOMERY | UNSECURED | 620.00 | .00 | .00 |
| NORTH SHORE AGENCY | UNSECURED | NOT FILED | .00 | .00 |
| BABY PORTRAITS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1068.23 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 12719.31 | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| OSI FUNDING LLC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| NORTH SHORE AGENCY | UNSECURED | NOT FILED | .00 | .00 |
| SHEARER & AGRELLA | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 2076.58 | .00 | .00 |
| TRICAP INVESTMENT PARTNE | UNSECURED | 2232.17 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 30.00 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 208.52 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 1564.00 | .00 | 397.27 |

Summary of disbursements:

```
                         SECURED      PRIORITY   UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       4015.98      11842.11    37788.82         .00     53646.91
PRINCIPAL PAID           4015.98       3007.98        .00          .00      7023.96
INTEREST PAID              84.90           .00        .00          .00        84.90
TOTAL PAID               4100.88       3007.98        .00          .00      7108.86
```

The Debtor's attorney, LEGAL HELPERS PC                , was allowed $   3000.00
and was paid $     973.00   direct and $    2027.00   through the plan.

The Trustee received $     437.14 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 08/20/08                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE




                                    PAGE   2
            CASE NO. 06 B 15391 NATHAN E WIDLOE & SUSIE A WIDLOE